ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROL A. CHEN
Assistant United States Attorney
California Bar No. 212720
312 North Spring Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 894-2428
Facsimile: (213) 894-7819
E-mail: carol.chen@usdoj.gov

Attorneys for RESPONDENT
Eric H. Holder, Jr.[1]
United States Attorney General

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARUTYUN DEMIRCHYAN,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States,<br><br>    Respondent. | No. CV 08-3452 SVW (MANx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Hon. Stephen V. Wilson |

This action came on for evidentiary hearings on August 25. 2009 and June 16, 2010 pursuant to the Ninth Circuit's order. See Demirchyan v. Mukasey, 278 Fed. Appx. 778, 779 (9th Cir. 2008). James L. Rosenberg appeared for Petitioner Arutyn Demirchyan ("Petitioner") and Assistant United States Attorney Carol A. Chen appeared for Respondent Attorney General Eric H. Holder ("Respondent") at the August 25, 2009 evidentiary hearing. Bob S. Platt and his associate appeared for

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Attorney General Eric H. Holder, Jr. is substituted for Alberto Gonzales.

Petitioner and AUSA Chen appeared for Respondent at the June 16, 2010 evidentiary hearing.

At the hearings, the Court heard live testimony from Susanna Demirchyan and Avag Demirchyan and received into evidence certain exhibits. After considering the testimony of the witnesses, the exhibits admitted into evidence at the evidentiary hearings and the parties' respective lists of exhibits to be moved into evidence, and in accordance with the Court's Findings of Fact and Conclusions of Law entered on September 8, 2010, the Court finds that Petitioner has failed to meet his burden of proving that he is a United States Citizen and as such,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Petitioner did not derive U.S. citizenship through his naturalized U.S. citizenship parents and therefore, as a matter of law, is not a U.S. citizen pursuant to 8 U.S.C. § 1432(a);

2. Respondent shall recover from Plaintiff its costs in a sum to be submitted in a Bill of Costs filed pursuant to the Local Rules of the Central District of California and this Judgment.

3. This case is returned to the Ninth Circuit for further proceedings.

The Clerk is ordered to enter this judgment.

DATED: 7/15/10

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
   /s/
CAROL A. CHEN
Assistant United States Attorney
Attorneys for Respondent

2