

1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
CAROL A. CHEN
4 Assistant United States Attorney
California Bar No. 212720
5 312 North Spring Street, Suite 1400
Los Angeles, California 90012
6 Telephone: (213) 894-2428
Facsimile: (213) 894-7819
7 E-mail: carol.chen@usdoj.gov

JS-6

Attorneys for RESPONDENT
Eric H. Holder, Jr.[1]
United States Attorney General

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARUTYUN DEMIRCHYAN, | No. CV 08-3452 SVW (MANx) |
| Petitioner, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States, | Hon. Stephen V. Wilson |
| Respondent. | |

This action came on for evidentiary hearings on August 25, 2009 and June 16, 2010 pursuant to the Ninth Circuit's order. See Demirchyan v. Mukasey, 278 Fed. Appx. 778, 779 (9th Cir. 2008). At the hearings, the Court heard live testimony from Susanna Demirchyan and Avag Demirchyan and received into evidence certain exhibits. After considering the testimony of the witnesses, the exhibits admitted into evidence at the evidentiary hearings and the parties' respective lists of exhibits to be

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Attorney General Eric H. Holder, Jr. is substituted for Alberto Gonzales.

moved into evidence, and in accordance with the Court's Findings of Fact and Conclusions of Law entered on September 8, 2010, the Court entered judgment on September 17, 2010], finding that Petitioner had failed to meet his burden of proving that he is a United States Citizen and that he was not entitled to citizenship under Title 8, United States Code, Section 1432(a).

The Ninth Circuit subsequently remanded the matter back to the Court upon Petitioner's motion to supplement the record with "new evidence." On July 19, 2011, Petitioner lodged twelve "new" exhibits with the Court. Thereafter, the parties submitted briefing regarding the "new" exhibits pursuant to the Court's order. On October 24, 2012, the Court conducted further evidentiary hearing regarding the "new exhibits." During this further evidentiary hearing, the Court heard testimony from Petitioner, Petitioner's mother, Asatur Guyumjyan, and Zara Hovanisyan and received into evidence certain exhibits. After considering the testimony of the witnesses, the parties' briefing, and documentary evidence regarding the "new" exhibits, and in accordance with the Court's Supplemental Findings of Fact and Conclusions of Law entered on March 28, 2013, the Court finds that Petitioner has failed to meet his burden of proving that he is a United States Citizen and as such,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Petitioner is not entitled to citizenship under 8 U.S.C. § 1432(a);
2. Respondent shall recover from Plaintiff its costs in a sum to be submitted in a Bill of Costs filed pursuant to the Local Rules of the Central District of California and this Judgment.

//
//
//
//
//

3. This case is returned to the Ninth Circuit for further proceedings.

The Clerk is ordered to enter this judgment.

DATED: 4/8/2013

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
CAROL A. CHEN
Assistant United States Attorney

Attorneys for Respondent